1:25-cv-97-MPM-RP

RECEIVED
JUN 13 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## Complaint

I sent documents to the United States District Court June, 6, 2025 Northern District of Mississippi to David Cruz. It have been a hassle to get legal documents notarized and copied by the Lowndes County Adult Detention Center of Columbus, Ms. I have went through the exhaust remedies, and grievance system. I notified them ten days prior, that I needed legal documents notarized but administration gave me no response. I'm being deprived access to the courts which is a violation of my fifth amendment right even though I'm incarcerated. These tactics can hinder someone who is preparing time sensitive documents or preparing for trial. Thank you for listening peace and blessing to you.

Mark James
6/6/2025